UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LEON MARK KIZER, | 3:15-cv-00120-RCJ-WGC |
| Plaintiff, | **MINUTES OF PROCEEDINGS** |
| vs. | September 18, 2015 |
| PTP, INC., *et al.*, | |
| Defendants. | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    Katie Lynn Ogden        REPORTER:         FTR

COUNSEL FOR PLAINTIFF:    Douglas R. Brown (Telephonically)

COUNSEL FOR DEFENDANTS:    Justin Clouser (obo: PTP, Inc and other individual Defendants; Telephonically), Marni Watkins, Scott Gizer (obo: multiple individual Defendants; Telephonically) and Tanya Smith (obo: Pine View Estates Home Owners Association; Telephonically)

**MINUTES OF PROCEEDINGS: Status Conference**

10:11 a.m.  Court convenes.

The court and parties address the *Status Report of Unserved Individuals* filed by Plaintiff (ECF No. 315).  Plaintiff's counsel Douglas Brown informs the court of additional individuals who have been served since the filing of the most recent status report.  Mr. Brown states he anticipates to resubmit the motion for order to serve by publication within the next week.  All counsel participating in today's hearing for the multiple named Defendants in this action state they do not anticipate filing any opposition to Plaintiff's motion for order to serve by publication. The court suggests the Plaintiff therefore file a non-opposition motion so the court can address the motion summarily.

The court next addresses the order entered by District Judge Robert C. Jones granting the joining of the Bureau of Indian Affairs ("BIA") as a defendant in this matter (ECF No. 311).

1

Minutes of Proceedings
3:15-cv-00120-RCJ-WGC
September 18, 2015

Pine View Estates Home Owners Association counsel Tanya Smith reports she has sent a courtesy copy of the order (ECF No. 311) to the solicitor for BIA in Salt Lake City, Utah; however, she has not received any response from the solicitor.  Mr. Brown states he anticipates to serve BIA shortly.  The courtroom deputy is directed to ensure BIA is listed on the docket as a Defendant in this action.

　　　　The court next addresses the parties' *Stipulation for Extension of Time to File Discovery Plan* (ECF No. 319).  The court finds good cause to extend the deadline.  Therefore, the parties' stipulation is **GRANTED in part** and **DENIED in part**.  The requirement to submit a scheduling order/discovery plan is **STAYED** pending completion of service as to defendant BIA.  Thereafter, the parties are to submit a scheduling order/discovery plan.

　　　　The court schedules a status conference for **Wednesday, October 21, 2015,** at **10:00 a.m.**, in Reno Courtroom 2 before Magistrate Judge William G. Cobb.  Counsel wishing to appear telephonically shall dial **1-877-873-8017**, enter the access code **3416460**, and enter the security code **102110** approximately five (5) minutes prior to the hearing.  The court suggests if Mr. Brown or Ms. Smith is aware who is or will be representing BIA, to extend an invitation to BIA counsel for the next status conference.

　　　　There being no additional matters to address at this time, court adjourns at 10:26 a.m.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　LANCE S. WILSON, CLERK


　　　　　　　　　　　　　　　　　　　　　　　By:  _____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Katie Lynn Ogden, Deputy Clerk