Marni Rubin Watkins, Esq.
Nevada Bar No. 9674
FIDELITY NATIONAL LAW GROUP
2450 St. Rose Parkway, Ste. 100
Henderson, Nevada 89074
Telephone: (702) 667-3000
Fax: (702) 697-2020
Email: marni.watkins@fnf.com
Attorneys for Defendant JOHN R CASTANEDA; CEDAR FLATS VENTURES, LLC; STANLEY J. CONNER; LORRETTA CONNER; DONALD DAMOTTE; STEPHEN DICKERSON; CHERI DONAHUE; ROLAND FAIFEREK; LEE FAIFEREK; PAUL HANSON; KYLE S. LARSEN; MARCIE RAE LARSEN; RACHEL A. LENCIONI; TREVER MCCANLESS; JASON MEINDL; RAY I MEYERS; ALBERTA C MEYERS; ANNE MORAN; KRYSTLE PEIRCE; JOSEPH M. PRESTO, SR.; JEAN D. PRESTO; PHYLLIS E RHODEN; JOHN RODMAN; REINALDA RODRIGUEZ; WAYNE M. & SHARON L. SHARRAR REVOCABLE TRUST; WAYNE M. SHARRAR; SHARON L. SHARRAR STEPHEN WILKEN; ERICK SMITH; PAUL SCHMIDT; KATHY SCHMIDT; and MEGAN STEWART

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LEON MARK KIZER, | Case No. 3:15-cv-00120 |
| Plaintiff, | [Honorable Robert C. Jones] |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME FOR COUNTERCLAIMANTS' TO RESPOND TO COUNTERDEFENDANT'S MOTION TO DISMISS [DOC# 373]** |
| PTP, INC.; WILLIAM AND KAREN ARCHER; CHRISTINE ARMENTA; TONY AND DIANE AZEVEDO; DONALD BATES; CHRISTOPHER AND MARIE BEEBIE; PETER BEEKHOF JR.; EDWARD AND JOHANNA BELLESILES; JAMES BETTS; KATHLEEN BIASE; BETTY BIRNBAUM; DIANE BLAIR; TIMOTHY AND ANNELORE BRISSON; PHILLIP AND SYLVIA BROWN; FRANCIS AND AILEEN BRUN; JOHN AND MARCIA BURBECK; ROBERT BURGOON; JUSTIN BURKS; MICHAEL BUTTRAM; LARRY CAMERON; LAUREN CAMPO; GERALD AND CONSTANCE CAPERTON; LAURENCE AND ANNA CARMAGNOLA; SPENCER CASE; JOHN CASTANEDA; ALFRED AND VIRGINIA CASTRO; DENNY CAVNAR; SARA E. CENTER; HENRY CERESA; VICKI CHRISTENSEN; STEVEN CLARK; ROBIN CLARK; SHARON CLARK; ROBERT COBLE; LEON AND PATRICIA COLEY; STANLEY AND LORETTA CONNER; JAY AND HENRIETTA CONYERS; LOIS CORDEIRO; RICHARD AND BARBARA CROPPER; GEORGE CUMMINGS; | |

Fidelity National
Law Group
2450 St. Rose Pkwy., Ste. 100
Henderson, Nevada 89074
(702) 667-3000

Page 1 of 4

| | |
|---|---|
| 1 | DONALD DAMOTTE; DAVID DAVIS; ) |
| | STEPHEN DICKERSON; CHERL DONAHUE; ) |
| 2 | CHRISTOPHER AND JENIFER ECKERT; ) |
| | DARYL AND REBECCA ELIZALDE; ROBERT ) |
| 3 | AND PATRICE ELLIOTT; GERALD AND ) |
| | JUDITH ENDERLE; JASON ENSMINGER; ) |
| 4 | BRIAN AND C.V. ETHERIDGE; ROLAND ) |
| | FAIFEREK; ROLAND AND LEE FAIFEREK; ) |
| 5 | FABIOLA FERNANDEZ; MARY FESKO; ) |
| | STEVEN FIGUEROA; PAUL E. FLUERY AND ) |
| 6 | PHYLLIS E. RHODEN; MICHAEL AND LINDA ) |
| | FOSTER; RAMONA FREEDMAN; ANGELO ) |
| 7 | FRICANO; MARTY AND BARBARA FURRY; ) |
| | ELAINE MARIE GEHR; JAMES AND VICKI ) |
| 8 | GENNARINI; JOHN AND CINDY GERKEN; ) |
| | GREGORY AND JOHN GERKEN; GABRIEL ) |
| 9 | AND JAN GONSALVES; OSVALDO AND ) |
| | ERIKA GONZALEZ; ROGER AND LYNNE ) |
| 10 | GRIGGS; CARMEN GRISTI; BRET AND ) |
| | MANDEE GUARIGLIA; JOHN AND PAMM ) |
| 11 | HAGOPIAN; KAREN AND LITTLEBEAVER ) |
| | HALL; JAIMIE AND SUSAN HALLIDAY; ) |
| 12 | DONNA HANEY; PAUL S. HANSON AND ) |
| | MEGAN M. STEWART; KARLA A. HENRY; ) |
| 13 | RACHEL HEYEN; JOHN AND JOSEPHINE ) |
| | HEZA; ANDREW AND THERESA HICKMAN; ) |
| 14 | JEFFREY HILL; JILL HISAO; MAX HOSEIT; ) |
| | STEPHEN AND LEINANI HOSMER; CHRIS ) |
| 15 | AND JOYCE HOWELL; JANET HUMPHREY; ) |
| | HARRY AND MARY LU HUNT; BRANDON ) |
| 16 | AND ELIZABETH ISENHART; DONALD AND ) |
| | BONNIE JACKSON; MARYANN AND BOBBY ) |
| 17 | JENSEN; KIRK AND GINA JOHNSON; DALE ) |
| | AND TAMI JOHNSTONE; CHARLIE JONES; ) |
| 18 | CHRISTY KEGG; GARY AND SUSAN ) |
| | KENDRICK; DALE AND LELIA KLEEN; JOHN ) |
| 19 | KNAPPENERGER; ELLA LADEN; ROBERT ) |
| | AND ELIZABETH LAPP; KYLE LARSEN; ) |
| 20 | EMANUEL LATORRE; CHAD LAWRENCE; ) |
| | SHERRIE AND KEVIN LINDQUIST; DAVID ) |
| 21 | MACGILLIVRAY; JOSE AND MARIA ) |
| | MAGANA; DANIEL AND GERALDINE ) |
| 22 | MALDONADO; FRANCISCO AND LOUISE ) |
| | MARIN; TREVER MCCANLESS; JOHN AND ) |
| 23 | CONSTANCE MCCARTHY; EVELYN ) |
| | MCCLAIN; JOYCE MCKERNAN; POLLY ANN ) |
| 24 | MEARS; JASON R. MEINDL AND KRYSTLE M. ) |
| | PIERCE; DAVID AND VICTORIA MESSER; ) |
| 25 | JOHN AND LINDA MILLER; ANNE MORAN; ) |
| | TRACEY MORRIS; CHRISTOPHER MULLIN; ) |
| 26 | FRANCIS AND STELLA MURRAY; RAY AND ) |
| | ALBERTA MYERS; PATRICIA NEYMAN; ) |
| 27 | SHARON NICHOLAS; JULIE NICHOLSON; ) |
| | SHARON NORMAN; ALICE NORTON; ) |
| 28 | PATRICK AND ELIZABETH OHARA; JOHN ) |

**Fidelity National Law Group**
2450 St. Rose Pkwy., Ste. 100
Henderson, Nevada 89074
(702) 667-3000

| | |
|---|---|
| 1  | AND MARY OLSON; VINCE PACHECO; ) |
|    | RICHARD PADILLA; JEAN PAGENDARM; ) |
| 2  | MICHELLENE PEASE; LOUIS PERRI; DONALD ) |
|    | AND AMY POOLE; MITCHELL POWELL; ) |
| 3  | JOSEPH M. AND JEAN D. PRESTO; JOHN ) |
|    | REDD; DANIEL AND CHRISTINA REINHOLZ; ) |
| 4  | STEVE AND STEFANIE RIPPE; JENNIFER ) |
|    | RODGERS; JOHN RODMAN; REINALDA ) |
| 5  | RODRIGUEZ; JOAQUIN RODRIGUEZ- ) |
|    | RUVALCABA; KEITH ROLLIN; LEPOLIAN ) |
| 6  | AND PAULA ROSE; FRANK ROSS; ED AND ) |
|    | NAZZI SABOURI; WENDY SANDS; ROBERT ) |
| 7  | AND LINDA SANFILIPPO; WAYNE M. & ) |
|    | SHARON L. SHARRAR REVOCABLE TRUST; ) |
| 8  | MELVIN AND PEARL SCHMIDT; PAUL AND ) |
|    | KATHY SCHMIDT; ROBERT SHORBACK; JAY ) |
| 9  | AND KATHERINE SHUMAKER; MERNA ) |
|    | SIMPSON; RICHARD SIMPSON; THERESA ) |
| 10 | SIMPSON; JAMES AND CAROLYN SKEINS; ) |
|    | CARMEN SKELTON; STEVE SMIT; ERICK ) |
| 11 | SMITH; ROBERT AND ELEANOR SMITH; R. ) |
|    | JAMES AND BARBARA SMITH; DOUGLAS ) |
| 12 | AND VICTORIA STEED; RANDALL AND ) |
|    | APRIL STEPHENS; BAYNE AND FRANCES ) |
| 13 | STEVENS; EDWARD AND SHARON STEVENS;) |
|    | MINDY STEVENSON; DOUGLAS AND ) |
| 14 | KATHLEEN STIMPSON; ROBERT STONE; ) |
|    | MARIE SUTTON; CHRIS SWANSON; ) |
| 15 | JOSEPHINE TAYLOR; MICHAEL TEEUWEN; ) |
|    | STEVEN AND SHARON THOMPSON; ) |
| 16 | RONALD AND MELBA TIFEE; CHARLES AND ) |
|    | CYNTHIA TISDALE; SANTIAGO AND ) |
| 17 | CARMEN VALADEZ; PAUL VECHIL; DEBRA ) |
|    | VESELITZA; ROBERT AND FRANCIS VOUDY; ) |
| 18 | RUSSELL AND BETTY JO WAILES; DORIS ) |
|    | WATTS; STEPHEN WILKEN; LAURENCE AND ) |
| 19 | DANIELLE WILSON; ELAINE ZOLKOS; ) |
|    | CEDAR FLATS VENTURES LLC; R&C ) |
| 20 | VENTURES LLC; JOHNSON DEVELOPMENT ) |
|    | LLC; 274 MARK ST LLC; FIRST HORIZON ) |
| 21 | HOME LOANS; AND PINE VIEW ESTATES ) |
|    | HOME OWNERS ASSOCIATION; TOPAZ ) |
| 22 | LODGE, INC., ) |
|    | ) |
| 23 |                          Defendants.             ) |
|    | ) |
| 24 | _____ ) |

**STIPULATION AND ORDER TO EXTEND TIME FOR COUNTERCLAIMANTS' TO RESPOND TO COUNTERDEFENDANT'S MOTION TO DISMISS**
**[DOC# 373]**

   COMES NOW Plaintiff LEON MARK KIZER and defendants JOHN R CASTANEDA; CEDAR FLATS VENTURES, LLC.; STANLEY J. CONNER; LORRETTA CONNER;

Fidelity National
Law Group
2450 St. Rose Pkwy., Ste. 100
Henderson, Nevada 89074
(702) 667-3000

Page 3 of 4

1  DONALD DAMOTTE; STEPHEN DICKERSON; CHERI DONAHUE; ROLAND FAIFEREK;
2  LEE FAIFEREK; PAUL HANSON;  KYLE S. LARSEN; MARCIE RAE LARSEN; RACHEL
3  A. LENCIONI; TREVOR MCCANLESS;  JASON MEINDL; ANNE MORAN; RAY I
4  MYERS; ALBERTA C MYERS; KRYSTLE PEIRCE; JOSEPH M. PRESTO, SR.;  JEAN D.
5  PRESTO; JOHN RODMAN; REINALDA RODRIGUEZ; PHYLLIS E RHODEN; PAUL
6  SCHMIDT; KATHY SCHMIDT; WAYNE M. SHARRAR; SHARON L. SHARRAR; ERICK
7  SMITH; MEGAN STEWART; STEPHEN WILKEN ("Defendants"), by and through their
8  respective undersigned counsel, and agree and stipulate as follows:

9      1.   Counterclaimant filed a Motion to Dismiss Counterclaims by Plaintiff [Doc #
10  373] filed on January 29, 2016.

11      2.   The parties agree that the time for Counterclaimants' to file its
12  opposition/response to counterclaimant's motion to dismiss is extended until March 2, 2016.

DATED this 16th day of February, 2016.          DATED this 16th day of February, 2016.

FIDELITY NATIONAL LAW GROUP                     FAEGRE BAKER DANIELS LLP


 /s/ MARNI RUBIN WATKINS                         /s/ JEROME A. MIRANOWSKI
Marni Rubin Watkins, Esq.                       Jerome A. Miranowski, Esq.
Nevada Bar No. 9674                             90 South Seventh Street
2450 St. Rose Pkwy., Ste. 100                   2200 Wells Fargo Center
Henderson, Nevada 89074                         Minneapolis, MN 55402
Attorneys for Counterclaimants

                                                Douglas R. Brown, Esq.
                                                Lemons, Grundy & Eisenberg
                                                6005 Plumas Street
                                                Suite 300
                                                Reno, NV 89519

                                                Attorneys for Counter-defendant

IT IS SO ORDERED.
Dated: this 24th day of February, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

Fidelity National
Law Group
2450 St. Rose Pkwy., Ste. 100
Henderson, Nevada 89074
(702) 667-3000

Page 4 of 4