Scott E. Gizer, Nevada State Bar No. 12216
  *sgizer@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
601 South Seventh Street, 2nd Floor
Las Vegas, NV 89101
Telephone: (702) 331-7593
Facsimile:  (702) 331-1652

Eric P. Early, SBN 166275 (*admitted pro hac vice*)
  *eearly@earlysullivan.com*
Diane M. Luczon, SBN 235059 (*admitted pro hac vice*)
  *dluczon@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile:  (323) 301-4676

Attorneys for Defendants and Counterclaimants

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LEON MARK KIZER,<br><br>             Plaintiff,<br><br>    vs.<br><br>PTP, INC., et al,<br><br>             Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.: 3:15-cv-00120-RCJ-WGC<br><br>[Honorable Robert C. Jones]<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR EXCHANGE OF INITIAL DISCLOSURES**<br><br>**[First Request]** |



**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE
DEADLINE FOR EXCHANGE OF INITIAL DISCLOSURES**

131026.1

# STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR EXCHANGE OF INITIAL DISCLOSURES

## FIRST REQUEST

On January 27, 2016, the Court entered the Scheduling Order for the above-entitled action [Docket Number 368]. Pursuant to the Scheduling Order, the Parties were to exchange initial disclosures by March 22, 2016.

Now, the parties, by and through their respective counsel, have agreed and hereby stipulate that the deadline to exchange initial disclosures is extended to April 21, 2016. This extension is necessary because the Parties require additional time to gather information and documents in order to exchange their respective initial disclosures.

Dated this 16th day of March, 2016.

| LEMONS, GRUNDY & EISENBERG | EARLY, SULLIVAN, WRIGHT GIZER & McRAE, LLP |
|---|---|
| By: /s/ Douglas R. Brown<br>DOUGLAS R. BROWN (#7620)<br>RICHARD G. VERLANDER (#12887)<br>6005 Plumas Street, Suite 300<br>Reno, Nevada 89519<br>(775) 786-6868 | By: /s/ Diane M. Luczon<br>SCOTT E. GIZER (NSB #12216)<br>ERIC P. EARLY (pro hac vice)<br>DIANE M. LUCZON (pro hac vice)<br>601 South Seventh Street, 2nd Floor<br>Las Vegas, NV 89101<br>(323) 301-4660 |
| By: /s/ Marni Rubin Watkins<br>MARNI RUBIN WATKINS (#9674)<br>2450 St. Rose Parkway, Suite 100<br>Henderson, Nevada 89074<br>(702) 667-3000 | By: /s/ Kelly R. Chase<br>KELLY R. CHASE (#937)<br>P.O. Box 2800<br>Minden, Nevada 89423<br>(775) 782-3099 |

/ / /

/ / /

/ / /

1



| | |
|---|---|
| J.M. Clouser & Associates, Ltd.<br>1512 US Hwy 395 North, Suite 1<br>Gardnerville, Nevada 89410<br>(775) 782-2888 | Dyer, Lawrence, Flaherty,<br>Donaldson & Prunty<br>2805 Mountain Street<br>Carson City, Nevada 89703<br>(775) 885-1896 |
| By:   /s/ Justin M. Clouser<br>     Justin M. Clouser, Esq. | By:   /s/ Francis C. Flaherty<br>     Francis C. Flaherty, Esq. |

Allison, MacKenzie, Pavlakis

By:   /s/ Joan C. Wright
     Joan C. Wright, Esq.
     402 North Division Street
     P. O. Box 646
     Carson City, Nevada 89702
     (775) 687-0202

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: March 18, 2016.



2

**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE
DEADLINE FOR EXCHANGE OF INITIAL DISCLOSURES**

131026.1