**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LEON MARK KIZER, | ) |
| Plaintiff, | ) 3:15-cv-00120-RCJ-WGC |
| vs. | ) |
| PTP, INC. et al., | ) **ORDER** |
| Defendants. | ) |

This case arises out of a dispute regarding the validity of a lease between Plaintiff Leon Mark Kizer and Defendant PTP, Inc. for certain Indian land held in trust by the United States on Plaintiff's behalf. The Court dismissed as to the claim that the purchase-option provision of the Master Lease (as amended) was illegal but refused to dismiss the unjust enrichment claim. Plaintiff has filed two motions to dismiss certain counterclaims and has moved to amend. The Bureau of Indian Affairs has moved to dismiss for lack of jurisdiction. Due to ongoing settlement discussions, the Court will deny the pending motions without prejudice.

///

///

///

///

///

**CONCLUSION**

IT IS HEREBY ORDERED that the Motions (ECF Nos. 373, 375, 381, 395) are DENIED without prejudice, and the Motion (ECF No. 396) is DENIED as moot.

IT IS SO ORDERED.

Dated this 23rd day of September, 2016.

_____
ROBERT C. JONES
United States District Judge