Scott E. Gizer, Nevada State Bar No. 12216
 sgizer@earlysullivan.com
EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP
601 South Seventh Street, 2nd Floor
Las Vegas, NV 89101
Telephone: (702) 331-7593
Facsimile:  (702) 331-1652

Eric P. Early, SBN 166275 (*admitted pro hac vice*)
 eearly@earlysullivan.com
Diane M. Luczon, SBN 235059 (*admitted pro hac vice*)
 dluczon@earlysullivan.com
EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile:  (323) 301-4676

Attorneys for Defendants and Counterclaimants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEON MARK KIZER, | Case No.: 3:15-cv-00120-RCJ-WGC |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY** |
| vs. | |
| PTP, INC., et al., | |
| Defendants. | |
| ALL RELATED CROSS_ACTIONS | |

160258.1

**SUBSTITUTION OF ATTORNEY**

## SUBSTITUTION OF ATTORNEY

Jennifer Rodgers Wilgers, a Defendant in the above-entitled action, hereby substitutes Scott E. Gizer, Eric P. Early, and Diane M. Luczon of Early Sullivan Wright Gizer & McRae LLP, 601 South Seventh Street, 2nd Floor, Las Vegas, NV 89101, (702) 331-7593, as attorneys of record in place and stead of Kelly R. Chase, Esq.

DATED: 12/01/2016                     By: _/s/ Jennifer Rodgers Wilgers_
                                          Jennifer Rodgers Wilgers

Kelly R. Chase does hereby agree to the substitution of Scott E. Gizer, Eric P. Early, and Diane M. Luczon of Early Sullivan Wright Gizer & McRae LLP, in their please and stead as attorney for Jennifer Rodgers Wilgers in the above entitled action.

Dated: December 1, 2016                   KELLY R. CHASE

                                          By: _____
                                          Kelly R. Chase, Esq.
                                          P.O. Box 2800
                                          Minden, Nevada 89423
                                          (775) 782-3099

I am duly admitted to practice in this District, above substitution accepted.

Dated: December 1, 2016                   EARLY, SULLIVAN, WRIGHT
                                              GIZER & McRAE, LLP


                                          By: /s/ Scott E. Gizer
                                          SCOTT E. GIZER (NSB #12216)
                                          ERIC P. EARLY (pro hac vice)
                                          DIANE M. LUCZON (pro hac vice)
                                          601 South Seventh Street, 2nd Floor
                                          Las Vegas, NV 89101
                                          (323) 301-4660

---

1

SUBSTITUTION OF ATTORNEY

160258.1

## SUBSTITUTION OF ATTORNEY

Jennifer Rodgers Wilgers, a Defendant in the above-entitled action, hereby substitutes Scott E. Gizer, Eric P. Early, and Diane M. Luczon of Early Sullivan Wright Gizer & McRae LLP, 601 South Seventh Street, 2nd Floor, Las Vegas, NV 89101, (702) 331-7593, as attorneys of record in place and stead of Kelly R. Chase, Esq.

DATED: _____     By: _____
                                       Jennifer Rodgers Wilgers

Kelly R. Chase does hereby agree to the substitution of Scott E. Gizer, Eric P. Early, and Diane M. Luczon of Early Sullivan Wright Gizer & McRae LLP, in their please and stead as attorney for Jennifer Rodgers Wilgers in the above entitled action.

Dated: December 1, 2016         KELLY R. CHASE

                                By: _____
                                Kelly R. Chase, Esq.
                                P.O. Box 2800
                                Minden, Nevada 89423
                                (775) 782-3099

I am duly admitted to practice in this District, above substitution accepted.

Dated: December 1, 2016         EARLY, SULLIVAN, WRIGHT
                                GIZER & McRAE, LLP


                                By: /s/ Scott E. Gizer
                                SCOTT E. GIZER (NSB #12216)
                                ERIC P. EARLY (pro hac vice)
                                DIANE M. LUCZON (pro hac vice)
                                601 South Seventh Street, 2nd Floor
                                Las Vegas, NV 89101
                                (323) 301-4660

---

1

SUBSTITUTION OF ATTORNEY

APPROVED:

DATED: December 23, 2016

By: *William G. Cobb*
UNITED STATES MAGISTRATE JUDGE



160258.1

2
SUBSTITUTION OF ATTORNEY