FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 2 2 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEON MARK KIZER, | |
| Plaintiff, | 3:15-cv-00120-RCJ-WGC |
| vs. | |
| PTP, INC. et al., | ORDER |
| Defendants. | |

This case arises out of a dispute regarding the validity of a lease between Plaintiff Leon Mark Kizer and Defendant PTP, Inc. for certain Indian land held in trust by the United States on Plaintiff's behalf. The Court dismissed as to the claim that the purchase-option provision of the Master Lease (as amended) was illegal but refused to dismiss the unjust enrichment claim. Plaintiff filed two motions to dismiss certain counterclaims and moved to amend. The Bureau of Indian Affairs moved to dismiss for lack of jurisdiction. Due to then-ongoing settlement discussions, the Court denied the motions without prejudice. The parties claimed to have settled the case in September 2016 but refiled their motions in January 2017. The deadline to finalize settlement documents was July 28, 2017. On July 24, 2017, most Defendants moved to extend time for Plaintiff and certain parties to sign settlement documents to August 31, 2017; to extend the time "to complete all other matters on which payment to [Plaintiff] is conditioned" to October 26, 2017; and to continue the trial from November 7, 2017 to March 26, 2018.

The Court will not extend deadlines again. The parties should need no more time to "focus their energy and resources on settlement." The Court was informed nearly a year ago that the case had been settled at the September 2016 settlement conference. The parties must finalize the settlement they claim to have reached or face impending rulings on their motions and trial.

## CONCLUSION

IT IS HEREBY ORDERED that the Motion to Continue Settlement and Trial Dates (ECF No. 440) is DENIED.

IT IS FURTHER ORDERED that responses to Motions (ECF Nos. 429, 432, 433) will be due August 25, 2017, and replies will be due September 1, 2017.

IT IS SO ORDERED.

Dated this 22nd day of August, 2017.

_____
ROBERT C. JONES
United States District Judge