Douglas R. Brown, Esq., NSB #7620
Lemons, Grundy & Eisenberg
6005 Plumas Street, Suite 300
Reno, NV 89519
*drb@lge.net*
Telephone: (775) 786-6868
Facsimile: (775) 786-9716

Jerome A. Miranowski (*pro hac vice*)
*jerome.miranowski@FaegreBD.com*
Aaron J. Harkins (*pro hac vice*)
*aaron.harkins@FaegreBD.com*
Jane E. Maschka (*pro hac vice*)
*jane.maschka@FaegreBD.com*
Faegre Baker Daniels LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

Attorneys for Plaintiff Leon Mark Kizer

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LEON MARK KIZER,<br><br>           Plaintiff,<br><br>vs.<br><br>PTP, INC., et al.,<br><br>           Defendants. | Case No.: 3:15-cv-00120-RCJ-WGC<br><br>**STIPULATION AND PROPOSED ORDER OF DISMISSAL OF CERTAIN DEFENDANTS PURSUANT TO RULE 41(a)(1)(A)(ii) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Leon Mark Kizer ("Plaintiff") and Defendant Donald L. Damotte, by and through their respective counsel of record, hereby submit this Stipulation of Dismissal as follows:

WHEREAS, Plaintiff and Defendant executed a Settlement Agreement between Plaintiff and Defendant.

WHEREAS, additional conditions of the Settlement Agreement have been satisfied, and Plaintiff and Defendant now desire to dismiss their claims against each other with prejudice, in accordance with the terms of the Settlement Agreement.

WHEREAS, Plaintiff and Defendant hereby file this Stipulation of Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Each party shall bear its own costs and fees.

IT IS SO STIPULATED

| | |
|---|---|
| Dated: March 20, 2019 | FAEGRE BAKER DANIELS LLP |
| | By: */s Jerome A. Miranowski*<br>Jerome A. Miranowski<br>Attorneys for Plaintiff |
| Dated: March 20, 2019 | FIDELITY NATIONAL LAW GROUP |
| | By: */s Marni Rubin Watkins*<br>Marni Rubin Watkins<br>Attorneys for Defendants |

IT IS SO ORDERED:

Dated this 22nd day of March, 2019.

_____
United States District Judge