# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LEON MARK KIZER,<br><br>　　　　　Plaintiff,<br><br>Vs.<br><br>PTP, INC., *et al.*,<br><br>　　　　　Defendants. | Case No.: 3:15-CV-00120-RCJ-WGC<br><br>ORDER SETTING STATUS CONFERENCE |

IT IS HEREBY ORDERED that Plaintiff's Motion for Pretrial Status Conference (ECF No. 460) is GRANTED. Accordingly,

IT IS HEREBY ORDERED that a Status Conference is set for 1:30 P.M., Tuesday, May 14, 2018, in Reno Courtroom 3, before Judge Robert C. Jones.

IT IS SO ORDERED.

Dated this 29th day of April, 2019.

_____
ROBERT C. JONES
Senior District Judge