Douglas R. Brown, Esq., NSB #7620
Lemons, Grundy & Eisenberg
6005 Plumas Street, Suite 300
Reno, NV 89519
*drb@lge.net*
Telephone: (775) 786-6868
Facsimile: (775) 786-9716

Jerome A. Miranowski (*pro hac vice*)
*jerome.miranowski@FaegreBD.com*
Aaron J. Harkins (*pro hac vice*)
*aaron.harkins@FaegreBD.com*
Jane E. Maschka (*pro hac vice*)
*jane.maschka@FaegreBD.com*
Faegre Baker Daniels LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

Attorneys for Plaintiff Leon Mark Kizer

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEON MARK KIZER,<br><br>    Plaintiffs,<br><br>vs.<br><br>PTP, INC., et al.,<br><br>    Defendants. | Case No.: 3:15-cv-00120-RCJ-WGC<br><br>**ORDER OF DISMISSAL OF MOST DEFENDANTS AND PROPERTIES PURSUANT TO RULE 41(a)(2) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

1   Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Leon Mark Kizer ("Plaintiff") and Defendants Bureau of Indian Affairs ("BIA"), Pine View Estates Home Owners' Association ("HOA"), PTP, Inc. ("PTP"), and the individual defendants who have appeared in this action, ("Individual Defendants", and with BIA, HOA and PTP, "Defendants"), by and through their respective counsel of record, hereby submit this Stipulation of Dismissal as follows:

WHEREAS, Plaintiff and Defendants executed a Settlement Agreement among Plaintiff, Defendants, and certain defendants who have not appeared in this action.

WHEREAS, Frances and Aileen Brun have failed to appear, Plaintiff's Motion for Default Judgment to void their alleged leasehold interest in the properties commonly known as 113 Mark Street and 121 Mark Street, Gardnerville, Nevada, has been granted (ECF No. 462), and Plaintiff's Motion Requesting Entry of Judgment as to Defendants Francis and Aileen Brun voiding their alleged leasehold interest in the properties commonly known as 113 Mark Street and 121 Mark Street, Gardnerville, Nevada, has been filed (ECF No. 470).

WHEREAS, all conditions of the Settlement Agreement have been satisfied, Plaintiff and Defendants now desire to dismiss this entire action, including all claims, counterclaims and crossclaims, with prejudice as to all defendants except for **Frances and Aileen Brun** and for all properties **except 113 Mark Street and 121 Mark Street, Gardnerville, Nevada**, in accordance with the terms of the Settlement Agreement.

WHEREAS, Plaintiff and Defendants hereby file this Stipulation of Dismissal with prejudice of all defendants except for **Frances and Aileen Brun** and for all properties **except 113 Mark Street and 121 Mark Street, Gardnerville, Nevada,** pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

///
///
///
///
///
///

1
STIPULATION OF DISMISSAL

187812.1 US.121272017.03

|   |   |   |
|---|---|---|
| 1 | Each party shall bear its own costs and fees. | |
| 2 | IT IS SO STIPULATED. | |
| 3 | Dated: May 14, 2019 | LEMONS, GRUNDY & EISENBERG |

By: /s/ Douglas R. Brown
Douglas R. Brown
Dane A. Littlefield
Attorneys for Plaintiff, Leon Mark Kizer

Dated: May 14, 2019        DYER LAWRENCE, LLP

By: /s/ Francis C. Flaherty
Francis C. Flaherty
Attorneys for Defendant, Pine View Estates Home Owners Association

Dated: May 14, 2019        ALLISON MACKENZIE LTD

By: /s/ Joan C. Wright
Joan C. Wright
Attorneys for Defendants, John Gerken; Cindy Gerken; Gregory Gerken; Max Hoseit; Christina Reinholz; Daniel Reinholz; and Wells Fargo Bank

Dated: May 14, 2019        FIDELITY NATIONAL LAW GROUP

By: /s/ Marni Rubin Watkins
Marni Rubin Watkins
Attorneys for Defendants Listed on Attachment A as Represented by Fidelity National Law Group

Dated: May 14, 2019        KELLY R. CHASE

By: /s/ Kelly R. Chase
Kelly R. Chase
Attorneys for Defendants, Chris and Joyce Howell; Kirk and Gina Johnson; Johnson Development, LLC; Tracey Morris

| | | |
|---|---|---|
| 1 | Dated: May 14, 2019 | CLOUSER, HEMPEN WASICK LAW GROUP, LTD |

By: /s/ Justin M. Clouser
Justin M. Clouser
Attorneys for Defendants, Paul Schmidt, Successor Trustee of the Schmidt Family Trust (Melvin and Pearl Schmidt); Christine Armenta; Frank Ross

Dated: May 14, 2019     UNITED STATES BUREAU OF INDIAN AFFAIRS

By: /s/ Greg Addington
Nicholas A. Trutanich, United States Attorney
Greg Addington, Assistant United States Attorney
Devon Lehman McCune, Senior Attorney
Attorneys for Defendant, Bureau of Indian Affairs

Dated: May 14, 2019     EARLY SULLIVAN WRIGHT
                         GIZER & McRAE LLP

By: /s/ Diane M. Luczon
Eric P. Early
Scott E. Gizer
Diane M. Luczon
Attorneys for Defendants Listed on Attachment A as Represented by Early Sullivan Wright Gizer & McRae LLP

IT IS SO ORDERED:

Dated this **29th day of May, 2019.**

_____
United States District Judge

## ATTACHMENT A

**PARTIES REPRESENTED BY FIDELITY NATIONAL LAW GROUP**

John R. Castaneda and Rachel Lencioni; Cedar Flats Ventures, LLC; Doug Behr and Eileen Behr; Stanley J. Conner; Loretta Conner; Donald Damotte; Stephen Dickerson; Cheri Donahue; Paul Fleury and Phyllis Rhoden; Roland Faiferek; Lee Faiferek; Paul Hanson; Donald and Bonnie Jackson; Kyle S. Larsen; Marcie Rae Larsen; Trever McCanless; Jason Meindl; Ray I. Meyers; Alberta C. Meyers; Anne Moran; John Olson and Mary Olson, Trustees of the John and Mary Olson Living Trust; Krystle Pierce; Joseph M. Presto, Sr.; Jean D. Presto; John Rodman; Reinalda Rodriguez; Wayne M. and Sharon L. Sharrar Revocable Trust; Wayne M. Sharrar; Sharon L. Sharrar; Stephen Wilken; Erick Smith; Paul Schmidt; Kathy Schmidt; Megan Stewart

**PARTIES REPRESENTED BY EARLY SULLIVAN WRIGHT GIZER & McRAE LLP**

Karen Archer; William Archer; Diane Azevedo; Tony Azevedo; Donald Bates; Peter Beekhof, Jr.; Edward Bellesiles; Johanna Bellesiles; Barbara Benz; James Robert Betts; Kathleen Biase; Betty Birnbaum; Diane Blair; Annelore Brisson; Timothy Brisson; Philip Brown; Sylvia Brown; John Burbeck; Marcia Burbeck; Robert Burgoon; Justin Burks; Michael Buttram; Lauren Campo; Constance Caperton; Gerald Caperton; Anna Carmagnola; Estate of Laurence Carmagnola; Spencer Case; Alfred Castro; Virginia Castro; Denny Cavnar; Sara E. Center; Henry Ceresa; Vicki Christensen; Robin Clark; Sharon Clark; Steven Clark; Robert Coble; Leon Coley; Patricia Coley; Henrietta Conyers; Jay Conyers; Lois Cordeiro; Barbara Cropper; George Cummings; Diane Davis; Estate of David Davis; Christopher Eckert; Jenifer Eckert; Daryl Elizalde; Rebecca Elizalde; Gerald Enderle; Judith Enderle; Jason Ensminger; Lee Faiferek; Roland Faiferek; Fabiola Fernandez; Mary Fesko; Steven Figueroa; Linda Foster; Michael Foster; Ramona Freedman; Barbara Furry; Marty Furry; Elaine Gehr; James Gennarini; Vicki Gennarini; Gabriel Gonsalves; Jan Gonsalves; Erika Gonzalez; Osbaldo Gonzalez; Estate of Lynne Griggs; Roger Griggs; Carmen Gristi; Bret Guariglia; Mandee Guariglia; John Hagopian; Pamm Hagopian; Karen Hall; Jaimie Halliday; Susan Halliday; Sara Henderson; Karla Henry; Rachel Heyen; John Heza; Josephine Heza; Andrew Hickman; Theresa Hickman; Jeffrey Hill; Jill Hisao Jencks; Leinani Hosmer; Stephen Hosmer; Janet Humphrey; Mary Lu Hunt; Harry

Hunt; Brandon Isenhart; Elizabeth Isenhart; Dirk Jansse; Christen Jansse aka Christen V. Etheridge; Bobby Jensen; Mary Ann Jensen; Dale Johnstone; Charlie Jones; John Jordan; Judith Jordan; Christy Kegg; Gary Kendrick; Susan Kendrick; Matt Kleen as Trustee of the Kleen Family Trust; John Knappenberger; Linda Ray Koleff; Ella Laden; Estate of Elizabeth Lapp; Robert Lapp; Emanuel LaTorre; Chad Lawrence; Kevin Lindquist; Sherrie Lindquist; Regina Littlebeaver; David MacGillivray; Jose Magana; Maria Magana; Daniel Maldonado; Geraldine Maldonado; Francisco Marin; Louise Marin; Constance McCarthy; John McCarthy; Evelyn McClain; Joyce McKernan; David Messer; Victoria Messer; Estate of John Miller; Linda Miller; Christopher Mullin; Patricia Neyman; Sharon Nicholas; Julie Nicholson; Sharon Norman; Alice Norton; Elizabeth O'Hara; Estate of Patrick O'Hara; Vince Pacheco; Richard Padilla; Jean Pagendarm; Michelene Pease; Josephine Perri; Louis Perri; Amy Poole; Donald Poole; Angela Powell; Mitchell Powell; John Redd; Stefnie Rippe; Steve Rippe; Jennifer Rodgers (Wilgers); Joaquin Rodriguez; Keith Rollin; Lepolion Rose; Paula Rose; Ed Sabouri; Nazzi Sabouri; Wendy Sands; Linda Sanfilippo; Robert Sanfilippo; Robert Shorback; Estate of Merna Simpson; Carolyn Skeins; James Skeins; Carmen Skelton; Steve Smit; Barbara Smith; R. James Smith; Douglas Steed; Victoria Steed; April Stephens; Randall Stephens; Edward Stevens; Sharon Stevens; Mindy Stevenson; Douglas Stimpson; Kathleen Stimpson; Robert Stone; Marie Sutton; Chris Swanson; Josephine Taylor; Michael Teeuwen; Sharon Thompson; Steven Thompson; Melba Tiffee; Ronald Tiffee; Charles Tisdale; Cynthia Tisdale; Carmen Valadez; Santiago Valadez; Paul Vechil; Debra Veselitza; Francis Voudy; Robert Voudy; Betty Jo Wailes; Russel Wailes; Doris M. Watts; Danielle Wilson; Laurence Wilson; Elaine Zolkos; 274 Mark St. LLC; R&C Ventures, LLC; Topaz Lodge, Inc.; Penny Hunter as trustee of the Hunter Family Trust dated December 2, 2015; Mark Hunter as trustee of the Hunter Family Trust dated December 2, 2015; and Ventures Trust 2013-I-H-R